# Third District Court of Appeal

## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0243
Lower Tribunal No. 17-21573
_____

**Danay Rivero,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Giasi Law, P.A., and Melissa A. Giasi and Erin M. Berger (Tampa), for appellant.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.


Before EMAS, LINDSEY and BOKOR, JJ.

PER CUIRAM.

Affirmed.